**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7421**

---

WILLIAM A. FISHER,

Plaintiff - Appellant,

versus

L. WHITE, Guard; BERLIN, Guard; HOLLOWOOD,
Guard; CARTY, Guard,

Defendants - Appellees,

and

MR. ANGALO, Surgeon,

Defendant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-99-199-3)

---

Submitted:  November 8, 2001       Decided:  November 19, 2001

---

Before WILKINS, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

William A. Fisher, Appellant Pro Se. Alexander Leonard Taylor, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William A. Fisher appeals a district court order dismissing his civil rights action without prejudice. We dismiss the appeal as duplicative because this court disposed of a prior appeal from the same order. See Fisher v. White, No. 00-6189 (4th Cir. June 22, 2000). We deny Fisher's motions for appointment of counsel and for a hernia operation. We dispense with oral argument because the facts and legal contentions are adequately set forth in the briefs and argument would not aid the decisional process.

DISMISSED